Carl Goranson, Appellant, v. Yellow Cab Company, Appellee.

Gen. No. 43,059.

opinion filed February 13, 1945; released for publication March 5, 1945. Thomas C. Hollywood and Lloyd T. Bailey, for appellant; Barrett, Barrett, Costello & Barrett, for appellee; Marion J. Hannigan, of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.